ROBERT I. JOHNS, Respondent, v. ARTHUR H. LAMBORN and Others, Individually and as Copartners, etc., Appellants.— Order reversed, with

ten dollars costs and disbursements, and motion denied, with ten dollars costs, on the ground that the proposed amended complaint does not state facts sufficient to constitute a cause of action by reason of the failure to allege that there were profits in the import and export departments. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.